# United States Court of Appeals
## For the First Circuit

No. 15-2383

IN RE: JOHN E. HOOVER, III,

Debtor,

JOHN E. HOOVER, III,

Appellant,

v.

WILLIAM K. HARRINGTON, United States Trustee for Region 1,

Appellee,

RICHARD KING; JOHNATHAN R. GOLDSMITH, Chapter 7 Trustee,

Interested Parties.

**ERRATA SHEET**

The opinion of this Court issued on July 5, 2016, is amended as follows:

On page 11, line 18, "district court" is replaced with "bankruptcy court"